**Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000032
26-SEP-2016
09:18 AM**

NO. CAAP-16-0000032

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

EBH PROPERTIES LLC, a Hawaii limited liability company,
Plaintiff-Appellee
v.
U.S. BANK NATIONAL ASSOCIATION, as successor Trustee to Bank of
America, National Association, as Successor by Merger to LaSalle
Bank, N.A., as Trustee for the MLMI Trust Series 2006-AHLI,
Defendant-Appellant
and
JOHN B. LEWIS, Defendant-Appellee,
and
DOES 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 12-1-2321-09)

ORDER APPROVING THE JULY 28, 2016
"STIPULATION FOR DISMISSAL OF APPEAL WITH PREJUDICE"
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the Stipulation for Dismissal of
Appeal with Prejudice, filed July 28, 2016, by Defendant-
Appellant U.S. Bank National Association, the papers in support,
and the record, it appears that (1) the appeal was docketed on
February 8, 2016; (2) pursuant to Hawai'i Rules of Appellate
Procedure Rule 42(b), the parties stipulate to dismiss the appeal

with prejudice, and bear their own costs and attorneys' fees on appeal; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed with prejudice.  The parties shall bear their own costs and attorneys' fees on appeal.

DATED: Honolulu, Hawai'i,  September 26, 2016.

Chief Judge

Associate Judge

Associate Judge

-2-